THE CITY OF LEAVENWORTH v. OWEN DUFFY. No. 12,049. (65 Pac. 683.) Error from Leavenworth district court. Opinion filed July 6, 1901. Division one. *Dismissed.* John T. O'Keefe, and F. P. Fitzwilliams, for plaintiff in error. John H. Atwood, and W. W. Hooper, for defendant in error.

THE W. W. KENDALL BOOT AND SHOE COMPANY v. H. S. DAVENPORT. No. 12,191. (65 Pac. 688.) Error from Cowley district court. Opinion filed July 6, 1901. Division one. *Modified and affirmed.* D. C. Anderson, C. L. Swarts, and Ellis, Cook & Ellis, for plaintiff in error. C. T. Atkinson, for defendant in error.

THE MISSOURI PACIFIC RAILWAY COMPANY v. L. NEWBERGER & BROTHER. No. 12,193. (65 Pac. 655.) Error from Reno district court. Opinion filed July 6, 1901. Division one. *Reversed.* J. H. Richards, C. E. Benton, and Prigg & Williams, for plaintiff in error. Vandeveer & Martin, for defendants in error.

ELI T. HOBSON v. PETER TAYLOR. No. 12,197. (65 Pac. 669.) Error from Kingman district court. Opinion filed July 6, 1901. Division one. *Dismissed.* Adams & Adams, for plaintiff in error. W. C. Tetirick, for defendant in error.

THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY v. C. F. AYERS. No. 12,199. (65 Pac. 1115.) Error from Butler district court. Opinion filed July 6, 1901. Division one. *Reversed.* M. A. Low, and W. F. Evans, for plaintiff in error. G. P. Aikman, for defendant in error.

JAMES McGUIRK v. W. L. JOHNSON. No. 12,201. (65 Pac. 654.) Error from Harper district court. Opinion filed July 6, 1901. Division one. *Reversed.* Geo. E. McMahon, and Geo. W. Finch, for plaintiff in error. Fred. Washbon, and Sam. S. Sisson, for defendant in error.

BELL SLOSS v. JOHN SULLARD, *Administrator.* No. 12,203. (65 Pac. 658.) Error from Sedgwick district court. Opinion filed July 6, 1901. Division one. *Affirmed.* O. A. Keach, and H. M. DuBois, for plaintiff in error. Stanley, Vermilion & Evans, for defendant in error.

T. N. SEDGWICK et al. v. D. C. SANBORN. No. 12,208. (65 Pac. 661.) Error from Lyon district court. Opinion filed July 6, 1901. Division one. *Affirmed.* Kellogg & Madden, for plaintiffs in error. R. M. Hamer, for defendant in error.

WILLIAM WIDEMAN v. HARVEY TAYLOR. No. 12,211. (65 Pac. 664.) Error from Greenwood district court. Opinion filed July 6, 1901. Division one. *Dismissed.* Nichols & Brooks, for plaintiff in error. J. B., L. E. & R. H. Clogston, for defendant in error.

THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY v. THE CITY OF EMPORIA et al. No. 12,216. (65 Pac. 1116.) Error from Lyon district court. Opinion filed July 6, 1901. Division one. *Affirmed.* T. N. Sedgwick, and L. B. & J. M. Kellogg, for plaintiff in error. Buck & Spencer, for defendants in error.

R. F. McDERMED v. THE HUTCHINSON WHOLESALE GROCER COMPANY et al. No. 12,220. (65 Pac. 668.) Error from Reno district court. Opinion filed July 6, 1901. Division one. *Affirmed.* Prigg & Williams, for plaintiff in error. Vandeveer & Martin, for defendants in error.